IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                  3:98-CR-00388-BR

       Plaintiff,                          ORDER

v.

RONALD WAYNE THRASHER,

       Defendant.


**BILLY J. WILLIAMS**
United States Attorney
**GARY Y. SUSSMAN**
Assistant United States Attorney
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
(503) 727-1030

       Attorneys for Plaintiff

**PER C. OLSON**
Hoevet Olson Howes, PC
1000 S.W. Broadway
Suite 1500
Portland, OR 97205
(503) 228-0497

       Attorneys for Defendants

1 - ORDER

**BROWN, Judge.**

Pursuant to the Court's Order (#141), the Court conducted a Status Hearing on June 17, 2016, at which the government appeared through Gary Y. Sussman, Defendant appeared personally and through counsel, Per C. Olson, and USPO John Bailey appeared on behalf of USPO Meghan Lee.

For the reasons stated on the record, the Court finds the interests of justice require the following relief:

IT IS HEREBY ORDERED that Defendant be conditionally released from the "custody" of the Bureau of Prisons on his original sentence and that such release take effect immediately and remain in effect until further order of the Court. It is also ORDERED that Defendant be released immediately to community supervision by the United States Probation Office on the same conditions as if Defendant was on supervised release including all of the standard conditions of supervised release set forth in the Judgment of Conviction, the condition that Defendant's residence and employment be subject to his probation officer's approval, and the condition that Defendant must participate in any mental health treatment program approved by his probation officer.

As a result of this Order, Defendant is relieved from the requirement to reside at the Residential Re-Entry Center, and the Court directs the Manager of the Re-Entry Center to permit the

Defendant to retrieve his belongings and to leave the Center pursuant to this Order without any further requirements.

The Court will conduct another Status Hearing on July 18, 2016, at 1:30 p.m. at which Defendant must appear personally. No later than Noon on July 13, 2016, the parties must file an updated Joint Status Report reflecting their recommendations concerning the impact of anticipated Supreme Court ruling(s) on this matter.

IT IS SO ORDERED this 17th day of June, 2016.

*[signature]*

ANNA J. BROWN
United States District Judge